**IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                    SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: April 19, 2013 |
| Court Reporter: Mary George | |
| Probation Officer: Patrick Lynch | Interpreter: Susana Cahill |

Criminal Action No.: 12-cr-00402-JLK

*Parties:*                                                              *Counsel:*


UNITED STATES OF AMERICA,                            Shana L. Martin

    Plaintiff,

v.

MANUEL DE JESUS NUNEZ-LOPEZ,                  Brian R. Leedy

    Defendant.

---

### SENTENCING MINUTES

---

**11:00 a.m.**   Court in session.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:   January 29, 2013.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** Motion For a Variant Sentence (Filed 4/5/13; Doc. No. 19) is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced as to Count One of the Indictment to a term of time already served, subject to deportation.

**SUPERVISED RELEASE:**

No supervised release will be imposed. Defendant shall be deported.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:16 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 16 minutes.